■ MARY E. LEONARD, as United States Trustee for United States Bankruptcy Court, Northern District of New York, for ROBERT L. MYRICKS and Another, Debtor Case No. 04-60810, by ALEXANDER & CATALANO, LLC, as Special Counsel to United States Trustee, Respondent, v HIAWATHA REALTY CORP. et al., Appellants. [844 NYS2d 760]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered September 23, 2005 in a personal injury action. The order denied defendants' motion for, inter alia, summary judgment dismissing the amended complaint and granted plaintiff's cross motion for partial summary judgment on the issue of liability pursuant to Labor Law § 240 (1).

Now, upon the stipulation discontinuing action with prejudice signed by the attorneys for the parties on September 21 and 26, 2007 and filed in the Onondaga County Clerk's Office on October 5, 2007,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Hurlbutt, Lunn, Green and Pine, JJ. [*See* 9 Misc 3d 1104(A), 2005 NY Slip Op 51399(U) (2005).]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA ROSATO, Appellant. [844 NYS2d 756]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, J.), rendered April 13, 2005. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree and stalking in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.